**FILED**

June 22, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-05-0238-GEB |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MARION P. FRY, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARION P. FRY, Case No.

CR.S-05-0238-GEB, Charge, Conspiracy to Distribute Marijuana, from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

    X    Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    __   (Other)   _____

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _June 22, 2005_ at _2:31 p.m._ .

By   /s/ Peter A. Nowinski

Peter A. Nowinski
United States Magistrate Judge