BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
MARION FRY

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 05-238 FCD |
| Plaintiff, | |
| v. | |
| MARION FRY, | |
| Defendant. / | |

**Stipulation and Order**

It is hereby stipulated between the government, represented by RICHARD J. BENDER and defendant MARION FRY, represented by BARRY MORRIS, that the above entitled case be continued from July 19, 2010 until August 9, 2010 for the purpose of bail review. This stipulation is based upon the declaration of BARRY L. MORRIS.

Dated: July 15, 2010

        _____/s/_____
        BARRY MORRIS
        Attorney for Defendant
        MARION FRY

Dated: July 15, 2010

        _____/s/_____
        RICHARD J. BENDER
        Assistant United States Attorney

STIPULATION AND ORDER  - -  1

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that:

1. I am an attorney licensed to practice in all the courts of the State of California, the Federal District Court for the Northern, Eastern, and Central Districts of California, and the United States Supreme Court. I represent the defendant in the above-entitled case.

2. At the last appearance in this case, the matter was put over for to obtain the results of the blood test performed on Dr. Fry after her arrest. I have been informed by the United States Probation Department that those blood results will not be available for another three weeks.

Dated: July 15, 2010

_____/s/_____
BARRY MORRIS
Attorney for Defendant
MARION FRY

## Order

GOOD CAUSE APPEARING THEREFOR, and the parties having so stipulated, the hearing in this matter previously scheduled for July 19, 2010 is continued until August 9, 2010 at 10:00 a.m.

Dated: July, 16, 2010           /s/ Gregory G. Hollows

_____
United States Judge-Magistrate

STIPULATION AND ORDER        - -                                      2