BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
MARION FRY

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 05-238 FCD |
| Plaintiff, | |
| v. | |
| MARION FRY, | |
| _____Defendant./ | |

## Stipulation and Order

It is hereby stipulated between the government, represented by RICHARD J. BENDER and defendant MARION FRY, represented by BARRY MORRIS, that the above entitled case be continued from August 9, 2010 until August 23, 2010 for the purpose of bail review. This stipulation is based upon the declaration of BARRY MORRIS.

Dated: August 6, 2010

_____/s/_____
BARRY MORRIS
Attorney for Defendant
MARION FRY

Dated: August 6, 2010

_____/s/_____
RICHARD J. BENDER
Assistant United States Attorney

STIPULATION AND ORDER         - -                                  1

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that:

1. I am an attorney licensed to practice in all the courts of the State of California, the Federal District Court for the Northern, Eastern, and Central Districts of California, and the United States Supreme Court. I represent the defendant in the above-entitled case.

2. The matter has been put over for to obtain the results of the blood test performed on Dr. Fry after her arrest. I have been informed by the United States Probation Department that those blood results will are not yet available.

Dated: August 6, 2010

```
          _____/s/_____
          BARRY MORRIS
          Attorney for Defendant
          MARION FRY
```

## Order

GOOD CAUSE APPEARING THEREFOR, and the parties having so stipulated, the hearing in this matter previously scheduled for August 9, 2010 is continued until **August 23, 2010 at 9:00 a.m.**

Dated: August 9, 2010              /s/ Gregory G. Hollows

                                   _____
                                   United States Judge-Magistrate

Fry.eot