UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARION P. FRY,
aka MOLLIE P. FRY,

        Defendant.

NO. CR. S-05-0238-02 FCD

ORDER

----oo0oo----

    On March 19, 2008, this court sentenced defendant Marion P. Fry to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months as to each of Counts 1 and 2, to run concurrently to each other, for a total term of imprisonment of 60 months.

    On March 21, 2011, this court ordered defendant Marion P. Fry to self-surrender before 2:00 p.m. on May 2, 2011, for service of sentence at the institution designed by the Bureau of Prisons.  If no such institution has been designated, defendant is to self-surrender to the United States Marshal for this district.

/ / /

1  IT IS SO ORDERED.
2  DATED: April 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE