UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.  RE: **Marion P. Fry**
United States District Judge           **Docket Number: 2:05CR00238-02**
Sacramento, California                 **PERMISSION TO TRAVEL**
                                       **OUTSIDE THE COUNTRY**

Your Honor:

Marion P. Fry is requesting permission to travel to Manila, Philippines. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 19, 2008, Marion P. Fry was sentenced for the offenses of 21 USC 841(a)(1) and 846, Conspiracy to Distribute Marijuana, to Manufacture at Least 100 Marijuana Plants, and to Distribute at Least 100 Marijuana Plants, and 21 USC 841(a)(1), Manufacture of Less Than 100 Marijuana Plants (Class B Felonies).

**Sentence Imposed:** 60 months custody in the Bureau of Prisons, 48 months Supervised Release, and $200 Special Assessment (paid).

**Dates and Mode of Travel:** From January 20, 2019, through February 19, 2019, via Philippine Air.

**Purpose:** Pilgrimage and to assist ill friend.

1

**RE:    Marion P. Fry
        Docket Number:  2:05CR00238-02
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:      January 14, 2019
            Fresno, California
            AG/rv

**REVIEWED BY:**             /s/ Tim Mechem
                             **Tim D. Mechem
                             Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**Dated:  January 16, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE